UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# Notice to District Court of Related Criminal Duty Filing

Number of current Criminal Duty Filing:   CR Misc. No. **19CM00303**

Title(s) of document(s) making up current criminal duty filing: Stipulation Extending United States of America's Time to File Complaint for Forfeiture; [Proposed] Order Thereon Lodged under Separate Cover; [Proposed] Order Extending United States of America's Time to File Complaint for Forfeiture; Memorandum of Judicial Conflict.

The United States of America hereby informs the Court that the above-referenced criminal duty filing (*check all that apply and provide appropriate information*):

a)   ☑ does not relate to any previously filed criminal duty matters;

b)   ☐ relates to the following criminal duty matter(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related criminal duty matters*):

_____
_____

c)   ☐ relates to the following indictment(s) previously filed and assigned (provide case number(s) and *assigned judge(s) for all related pending indictments*): _____

There is a particular reason this criminal duty matter should be assigned to a judge assigned either a related criminal duty matter or a related indictment listed above.   Explain:

_____
_____

Respectfully submitted,

DATED:   July 30, 2019                         /s/ Victor Rodgers
                                               VICTOR RODGERS
                                               Assistant United States Attorney

---

This notice must be submitted with every criminal duty filing.  Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice

---