1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS (Cal. Bar No. 101281)
   Assistant United States Attorney
6  Asset Forfeiture Section
        Federal Courthouse, 14th Floor
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-2569
        Facsimile: (213) 894-0142
9       E-mail: Victor.Rodgers@usdoj.gov

10 Attorneys for
   United States of America
11
                   UNITED STATES DISTRICT COURT
12
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
                        WESTERN DIVISION
14

15 IN THE MATTER OF THE SEIZURE ) CR MISC. NO. 19CM00303
   OF $262,448.00 IN U.S.        )
16 CURRENCY, $1,333,369.00 IN U.S. )
   CURRENCY, $8,041.00 IN U.S.   ) STIPULATION EXTENDING UNITED
17 CURRENCY, FUNDS IN JP MORGAN  ) STATES OF AMERICA'S TIME TO
   CHASE ACCOUNT NO. 0060, FUNDS ) FILE COMPLAINT FOR FORFEITURE;
18 IN JP MORGAN CHASE ACCOUNT NO. ) [PROPOSED] ORDER THEREON LODGED
   8700, FUNDS IN JP MORGAN CHASE ) UNDER SEPARATE COVER
19 ACCOUNT NO. 8560, FUNDS IN JP  )
   MORGAN CHASE ACCOUNT NO. 1100, )
20 FUNDS IN JP MORGAN CHASE       )
   ACCOUNT NO. 3850, FUNDS IN JP  )
21 MORGAN CHASE ACCOUNT NO. 2309, )
   FUNDS IN JP MORGAN CHASE       )
22 ACCOUNT NUMBER 1293, FUNDS IN  )
   JP MORGAN CHASE ACCOUNT NUMBER )
23 5928, FUNDS IN JP MORGAN CHASE )
   ACCOUNT NO. 5510, FUNDS IN JP  )
24 MORGAN CHASE ACCOUNT NO. 0990, )
   FUNDS IN JP MORGAN CHASE       )
25 ACCOUNT NO. 7610, FUNDS IN JP  )
   MORGAN CHASE ACCOUNT NO. 3710, )
26 FUNDS IN US BANK ACCOUNT NO.   )
   2514, FUNDS IN US BANK ACCOUNT )
27 NO. 2456 AND FUNDS IN US BANK  )
   ACCOUNT NO. 2498               )

28

It is hereby stipulated by and between the United States of America ("United States"), on the one hand, and claimants Ropa Moda Lamas, Inc., Saul Lamas Sandoval, Ferreti Minerva, Inc., Jose Huerta, Abel Huerta, Marianita Gonzalez and Martha Valdez (collectively, "claimants"), on the other hand, by and through their respective attorneys, as follows:

1.   As set forth in paragraph 2 below, the United States Postal Inspection Service (the "USPIS") has received claims in the USPIS administrative forfeiture proceedings to the following items, which are hereinafter collectively referred to as "the property:"

(a)   $262,448.00 in U.S. Currency, CATS ID No. 19-USP-000917;

(b)   $1,333,369.00 in U.S. Currency, CATS ID No. 19-USP-000919;

(c)   $8,041.00 in U.S. Currency, CATS ID No. 19-USP-001315;

(d)   Funds in JP Morgan Chase Account No. 0060, CATS ID No. 19-USP-001316;

(e)   Funds in JP Morgan Chase Account No. 8700, CATS ID No. 19-USP-001317;

(f)   Funds in JP Morgan Chase Account No. 8560, CATS ID No. 19-USP-001318;

(g)   Funds in JP Morgan Chase Account No. 1100, CATS ID No. 19-USP-001319;

(h)   Funds in JP Morgan Chase Account No. 3850, CATS ID No. 19-USP-001320;

1          (i)   Funds in JP Morgan Chase Account No. 2309, CATS ID

2    No. 19-USP-001321;

3          (j)   Funds in JP Morgan Chase Account No. 1293, CATS ID

4    No. 19-USP-001322;

5          (k)   Funds in JP Morgan Chase Account No. 5928, CATS ID

6    No. 19-USP-001323;

7          (l)   Funds in JP Morgan Chase Account No. 5510, CATS ID

8    No. 19-USP-001324;

9          (m)   Funds in JP Morgan Chase Account No. 0990, CATS ID

10   No. 19-USP-001325;

11         (n)   Funds in JP Morgan Chase Account No. 7610, CATS ID

12   No. 19-USP-001326;

13         (o)   Funds in JP Morgan Chase Account No. 3710, CATS ID

14   No. 19-USP-001327;

15         (p)   Funds in US Bank Account No. 2514, CATS ID No. 19-

16   USP-001328;

17         (q)   Funds in US Bank Account No. 2456, CATS ID No. 19-

18   USP-001329; and

19         (r)   Funds in US Bank Account No. 2498, CATS ID No. 19-

20   USP-001330.

21      2.   Pursuant to the claims that the United States alleges

22   were received by the USPIS on the dates set forth below,

23   claimants filed their respective claims to various items of the

24   property as follows:

25   / / /

26   / / /

27   / / /

28   / / /

3

| Claimant | Date Claim Received | Property Claimed |
|---|---|---|
| Ropa Moda Lamas, Inc. | 5/24/19 | 19-USP-917, 919, 1316, 1317, 1318, 1319, 1326 and 1327 |
| Saul Lamas Sandoval | 5/24/19 | 19-USP-917, 919, 1316, 1317, 1318, 1319, 1320, 1321, 1322, 1323, 1324, 1325, 1326, 1327, 1328, 1329 and 1330 |
| Ferreti Minerva, Inc. | 5/28/19 | 19-USP-1322 and 1323 |
| Jose Huerta | 5/28/19 | 19-USP-1322 and 1323 |
| Abel Huerta | 6/6/19 | 19-USP-1315, 1320 and 1321 |
| Marianita Gonzalez | 6/6/19 | 19-USP-1315 |
| Martha Valdez | 6/7/19 | 19-USP-919, 1324, 1325, 1328, 1329 and 1330 |

3.    It is the United States' position that the USPIS sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the time has expired for any person to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants have filed claims to the property as required by law in the administrative forfeiture proceedings.

4.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be August 22, 2019 with respect to the first claim the USPIS received relative to any item of the property (i.e., the claims received on May 24, 2019), unless the court extends the deadline for good cause shown or by agreement of the parties.

4

5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 20, 2019 the time in which the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture, so that they can determine whether this matter can be settled without the government having to initiate a civil judicial forfeiture action.

6.     Claimants knowingly, intelligently, and voluntarily give up any right claimants may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture by November 20, 2019 and any right claimants may have to seek dismissal of any complaint on the ground that it was not filed on or before such date.

7.     The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the property alleging that the property is subject to

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  forfeiture shall be extended to November 20, 2019.

2  SO STIPULATED.

3  DATED: _____, 2019   NICOLA T. HANNA
                           United States Attorney
4                          BRANDON D. FOX
                           Assistant United States Attorney
5                          Chief, Criminal Division
                           STEVEN R. WELK
6                          Assistant United States Attorney
                           Chief, Asset Forfeiture Section
7
8                          _____
                           VICTOR A. RODGERS
9                          Assistant United States Attorney
                           Attorneys for
10                         United States of America

11  DATED: _____, 2019   TOUCHTON & WEINBERGER LLP

12                         _____
13                         MELISSA A. WEINBERGER
                           Attorneys for Claimants
14                         ROPA MODA LAMAS, INC. and
                           SAUL LAMAS SANDOVAL
15
16  DATED: July 29, 2019   SUMMA LLP

17                         _____
                           ANYA J. GOLDSTEIN
18                         Attorneys for Claimants
                           FERRETI MINERVA, INC. and
19                         JOSE HUERTA

20  DATED: _____, 2019   HUANG YBARRA GELBERG & MAY LLP

21                         _____
22                         GRANT B. GELBERG
                           Attorneys for Claimants
23                         MARIANITA GONZALEZ and ABEL HUERTA

24  DATED: _____, 2019   COHEN WILLIAMS LLP

25
26                         _____
                           JENNIFER M. RESNIK
27                         Attorneys for Claimant
                           MARTHA VALDEZ

28

6

1  forfeiture shall be extended to November 20, 2019.

2  SO STIPULATED.

3  DATED: _____, 2019   NICOLA T. HANNA
                                    United States Attorney
4                                   BRANDON D. FOX
                                    Assistant United States Attorney
5                                   Chief, Criminal Division
                                    STEVEN R. WELK
6                                   Assistant United States Attorney
                                    Chief, Asset Forfeiture Section
7

8                                   _____
                                    VICTOR A. RODGERS
9                                   Assistant United States Attorney
                                    Attorneys for
10                                  United States of America

11  DATED: _____, 2019   TOUCHTON & WEINBERGER LLP

12
                                    _____
13                                  MELISSA A. WEINBERGER
                                    Attorneys for Claimants
14                                  ROPA MODA LAMAS, INC. and
                                    SAUL LAMAS SANDOVAL
15

16  DATED: _____, 2019   SUMMA LLP

17
                                    _____
18                                  ANYA L. GOLDSTEIN
                                    Attorneys for Claimants
19                                  FERRETI MINERVA, INC. and
                                    JOSE HUERTA

20  DATED: _____, 2019   HUANG YBARRA GELBERG & MAY LLP

21
                                    _____
22                                  GRANT B. GELBERG
                                    Attorneys for Claimants
23                                  MARIANITA GONZALEZ and ABEL HUERTA

24  DATED: July 29, 2019            COHEN WILLIAMS LLP

25
                                    _____
26                                  JENNIFER M. RESNIK
                                    Attorneys for Claimant
27                                  MARTHA VALDEZ

28

                            7

**PROOF OF SERVICE BY MAILING**

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 14th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On July 30, 2019, I served a copy of: **STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date shown below following our ordinary office practices.

**TO:   SEE ADDRESS LIST**

I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

This Certificate is executed on July 30, 2019, at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

TARA B. VAVERE
Senior Paralegal, FSA

8

1

2                                **ADDRESS LIST**

3   Ropa Moda Lamas, Inc. and
    Saul Lamas Sandoval
4   c/o Melissa A. Weinberger, Esq.
    Touchton & Weinberger, LLP
5   800 Wilshire Boulevard, Suite 1050
    Los Angeles, CA 90017
6

7   Ferreti Minerva, Inc. and
    Jose Huerta
8   c/o Anya L. Goldstein
    SUMMA, LLP
9   800 Wilshire Boulevard, Suite 1050
    Los Angeles, CA 90017
10

11  Marianita Gonzalez and Abel Huerta
    c/o Grant Gelberg, Esq.
12  Huang, Ybarra, Gelberg & May, LLP
    550 South Hope Street, Suite 1850
13  Los Angeles, CA 90071
14

    Martha Valdez
15  c/o Jennifer M. Resnik
    Cohen Williams, LLP
16  724 South Spring Street, 9th Floor
    Los Angeles, CA 90014
17

18

19

20

21

22

23

24

25

26

27

28