

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $262,448.00 IN U.S. CURRENCY, $1,333,369.00 IN U.S. CURRENCY, $8,041.00 IN U.S. CURRENCY, FUNDS IN JP MORGAN CHASE ACCOUNT NO. 0060, FUNDS IN JP MORGAN CHASE ACCOUNT NO. 8700, FUNDS IN JP MORGAN CHASE ACCOUNT NO. 8560, FUNDS IN JP MORGAN CHASE ACCOUNT NO. 1100, FUNDS IN JP MORGAN CHASE ACCOUNT NO. 3850, FUNDS IN JP MORGAN CHASE ACCOUNT NO. 2309, FUNDS IN JP MORGAN CHASE ACCOUNT NUMBER 1293, FUNDS IN JP MORGAN CHASE ACCOUNT NUMBER 5928, FUNDS IN JP MORGAN CHASE ACCOUNT NO. 5510, FUNDS IN JP MORGAN CHASE ACCOUNT NO. 0990, FUNDS IN JP MORGAN CHASE ACCOUNT NO. 7610, FUNDS IN JP MORGAN CHASE ACCOUNT NO. 3710, FUNDS IN US BANK ACCOUNT NO. 2514, FUNDS IN US BANK ACCOUNT NO. 2456 AND FUNDS IN US BANK ACCOUNT NO. 2498 | CR MISC. No. 19CM00303<br><br>[~~PROPOSED~~] ORDER EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by which the United States of America shall be required to file a complaint for forfeiture with respect to the following items shall be extended to November 20, 2019:

(a)  $262,448.00 in U.S. Currency, CATS ID No. 19-USP-000917;

(b)  $1,333,369.00 in U.S. Currency, CATS ID No. 19-USP-000919;

(c)  $8,041.00 in U.S. Currency, CATS ID No. 19-USP-001315;

(d)  Funds in JP Morgan Chase Account No. 0060, CATS ID No. 19-USP-001316;

(e)  Funds in JP Morgan Chase Account No. 8700, CATS ID No. 19-USP-001317;

(f)  Funds in JP Morgan Chase Account No. 8560, CATS ID No. 19-USP-001318;

(g)  Funds in JP Morgan Chase Account No. 1100, CATS ID No. 19-USP-001319;

(h)  Funds in JP Morgan Chase Account No. 3850, CATS ID No. 19-USP-001320;

(i)  Funds in JP Morgan Chase Account No. 2309, CATS ID No. 19-USP-001321;

(j)  Funds in JP Morgan Chase Account No. 1293, CATS ID No. 19-USP-001322;

(k)  Funds in JP Morgan Chase Account No. 5928, CATS ID No. 19-USP-001323;

  (l) Funds in JP Morgan Chase Account No. 5510, CATS ID No. 19-USP-001324;

  (m) Funds in JP Morgan Chase Account No. 0990, CATS ID No. 19-USP-001325;

  (n) Funds in JP Morgan Chase Account No. 7610, CATS ID No. 19-USP-001326;

  (o) Funds in JP Morgan Chase Account No. 3710, CATS ID No. 19-USP-001327;

  (p) Funds in US Bank Account No. 2514, CATS ID No. 19-USP-001328;

  (q) Funds in US Bank Account No. 2456, CATS ID No. 19-USP-001329; and

  (r) Funds in US Bank Account No. 2498, CATS ID No. 19-USP-001330.

DATED: August 1 2019

UNITED STATES DISTRICT JUDGE

PRESENTED BY:

NICOLA T. HANNA  
United States Attorney  
BRANDON D. FOX  
Assistant United States Attorney  
Chief, Criminal Division  
STEVEN R. WELK  
Assistant United States Attorney  
Chief, Asset Forfeiture Section

VICTOR A. RODGERS  
Assistant United States Attorney

Attorneys for  
United States of America

**PROOF OF SERVICE BY MAILING**

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 14th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On July 30, 2019, I served a copy of: **[PROPOSED] ORDER EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date shown below following our ordinary office practices.

**TO:   SEE ADDRESS LIST**

I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

This Certificate is executed on July 30, 2019, at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

_____
TARA B. VAVERE
Senior Paralegal, FSA

4

**ADDRESS LIST**

Ropa Moda Lamas, Inc. and
Saul Lamas Sandoval
c/o Melissa A. Weinberger, Esq.
Touchton & Weinberger, LLP
800 Wilshire Boulevard, Suite 1050
Los Angeles, CA 90017

Ferreti Minerva, Inc. and
Jose Huerta
c/o Anya L. Goldstein
SUMMA, LLP
800 Wilshire Boulevard, Suite 1050
Los Angeles, CA 90017

Marianita Gonzalez and Abel Huerta
c/o Grant Gelberg, Esq.
Huang, Ybarra, Gelberg & May, LLP
550 South Hope Street, Suite 1850
Los Angeles, CA 90071

Martha Valdez
c/o Jennifer M. Resnik
Cohen Williams, LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014